## AFFIDAVIT

Your Affiant, Nathan Gobel, deposes and states:

1. Your Affiant is a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, and has been assigned since 2021. Your affiant is a certified Police Officer in the State of Ohio since 2001 and is a member of the Cleveland Police Department. Your affiant is currently assigned as a Detective in the Crime Gun Intelligence Center (CGIC) and is assigned to the Bureau of Alcohol Tobacco and Firearms (ATF) Violent Crimes Taskforce. Affiant's training and experience includes 25 years in law enforcement, to include 8 years of experience as a detective, having been assigned to the Cleveland Police Department's Fourth District Detective Bureau. Formalized education includes completion of the Cleveland Police Academy and four years in the United States Marine Corps. Affiant has experience in the investigation of felony crimes, aggravated robberies, violations of state drug laws, and firearm related offenses. Pursuant to 18 U.S.C. § 3051, your affiant is empowered to enforce criminal laws of the United States. As result of training and experience, your affiant is familiar with federal laws including the Target Offense.

2. This Affidavit is being submitted for the limited purpose of establishing probable cause that Gary Crump Jr. has violated Title 18 U.S.C. § 1951(a) Interference with commerce by threats or violence, Title 18, U.S.C., §§ 924(c)(1)(A)(ii) and (iii), and § 2 Carried and, furthermore, brandished a firearm during and in relation to a crime of violence. The statements contained herein are based on an investigation conducted by your Affiant's experience and training and other relevant information provided to your affiant by

other law enforcement officers. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of your Affiant's knowledge about this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only. All dates are on or about the specified date. This affidavit does not include every fact known to me regarding this investigation but will seek to summarize relevant information.

## PROBABLE CAUSE

3. On December 11, 2025, at approximately 7:25 pm, Officers with the Cleveland Division of Police 1st District (CDP) responded to a report of an armed robbery at the Family Dollar, located at 4576 W. 130th Street. Officers interviewed the clerk that was working the register who reported that a black male wearing dark clothing, and a ski mask approached the register and put a black handgun to her stomach and demanded money from the cash register. The suspect, later identified as Gary CRUMP Jr., ripped the cash register tray from the machine, which the teller estimated contained approximately $300.00, and fled on foot. Officers observed fresh footprints in the snow headed southbound on W. 130th from the scene.

4. Officers were advised that a GPS tracker hidden in the stack of money was currently pinging at the address of 13309 Wilton, in Cleveland, Ohio, which is approximately ½ mile from the robbery scene. Officers responded to that address and found fresh footprints in the snow leading to the back door of the residence from W. 130th Street. While on scene, Officers were advised that the Cleveland Police Real Time Crime Center

(RTCC) had observed the suspect standing across the street from the Family Dollar prior to the robbery wearing a green hoodie with a black coat, black sweatpants, and black shows with white lettering on them. In addition, Officers were advised from video surveillance inside of the Family Dollar that the suspect was armed with a black firearm.

5. Officers attempted to give verbal commands for the occupants of the residence to exit, however initially received negative results. While continuing to give verbal commands CRUMP Jr. came to the door and was detained without incident. First District Detectives obtained a search warrant for the residence, at which time they recovered $399.00 in cash, the clothing worn by CRUMP during the robbery, and a loaded Hi Point CF380 pistol, which was found to be stolen. Crump advised officers on scene that he was currently on parole for a previous aggravated robbery. No other occupants were present in the residence.

6. According to Family Dollar manager, the actual shortage showing from the clerks register on the night of the robbery was $400.00.

## INTERSTATE NEXUS DETERMINATION

7. The store identified as Family Dollar is, headquartered in Chesapeake Virginia. In the above business, customers pay in U.S. Currency and with credit cards, to purchase products which move in and affect interstate commerce. In the robbery of U.S. Currency was taken by violence and force. Your affiant knows that U.S. Currency travels in interstate commerce and the taking of the currency would obstruct, delay or affect commerce.

## CONCLUSION

8. Based on the above listed facts and circumstances, your affiant affirms there is probable cause to believe that on or about December 11, 2025, CRUMP Jr. obstructed, delayed, or affected commerce or the movement of any article or commodity in commerce, by robbery or attempt, or committed or threatened physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of Title 18 U.S.C. § 1951(a).  There is probable cause to believe that CRUMP also carried and, furthermore, brandished a firearm during and in relation to a crime of violence which may be prosecuted in a court of the United States, that is Conspiracy to Commit Interfere with Commerce by Robbery, in violation of Title 18, U.S.C., §§ 924(c)(1)(A)(ii)(iii). The above violations were committed in the Northern District of Ohio, Eastern Division.  Your Affiant requests that an arrest warrant be issued for Gary CRUMP Jr.

Nathan Gobel, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to via telephone or other reliable electronic means after submission by reliable electronic means on this ___17th___ day of December 2025. Fed. R. Crim. P. 3, 4(d), and 4.1. at 1:10 p.m.

Honorable Jennifer Dowdell Armstrong
United States Magistrate Judge
Northern District of Ohio
Eastern Division